Kian Mottahedeh (SBN 247375)
John D. Sarai (SBN 259125)
**SM LAW GROUP, APC**
16130 Ventura Blvd., Suite 660
Encino, CA 91436
Tel: (818) 855-5950
Fax: (818) 855-5952
kian@smlawca.com
john@smlawca.com

Attorneys for Plaintiff,
MARTHA CABRERA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MARTHA CABRERA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CHASE BANK USA, N.A.; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | **Case No.:** 2:18-cv-06860-RSWL-AFM<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Martha Cabrera, by and through her attorneys of record, respectfully notifies this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Stipulation for Dismissal with Prejudice (and Proposed Order) will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

RESPECTFULLY SUBMITTED,
**SM LAW GROUP, APC**

DATED:  October 11, 2018          BY: */s/ Kian Mottahedeh*
                                  Kian Mottahedeh (SBN 247375)
                                  Attorneys for Plaintiff,
                                  MARTHA CABRERA

**SM LAW GROUP, APC**
16130 Ventura Blvd., Suite 660
Encino, California 91436