JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARTHA CABRERA,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>CHASE BANK USA, N.A.; and DOES 1 through 10, inclusive,<br><br>    Defendant and Counter-Claimant. | Case No.: 2:18-cv-06860-RSWL-AFM<br><br>**ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND OF COUNTERCLAIMS WITHOUT PREJUDICE** |

    Upon review of the parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

    **IT IS ORDERED** that the Stipulation is **GRANTED**.

    The Complaint is hereby dismissed with prejudice. The Counterclaims are hereby dismissed without prejudice. The parties to bear their own costs and attorneys' fees.

    **IT IS SO ORDERED.**

Dated: 12/14/2018

                                      s/ RONALD S.W. LEW
                                      HONORABLE RONALD S.W. LEW
                                      UNITED STATES DISTRICT JUDGE
                                      CENTRAL DISTRICT OF CALIFORNIA